**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-7238**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARGARET F. SPENCER,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge. (CR-94-75)

—————

Submitted:  December 19, 1996        Decided:  January 6, 1997

—————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Margaret F. Spencer, Appellant Pro Se.  David Glenn Barger, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion for early termination of probation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Spencer, No. CR-94-75 (E.D. Va. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2